UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA L. FONSECA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. CV 04-07556 (RZ)<br><br>JUDGMENT OF REMAND |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED:   October   31  , 2005

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE